

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CIVIL ACTION
PHILADELPHIA NEWSPAPERS, LLC : NO. 09-2638
:
: BKY. NO. 09-11204
:

## O R D E R

**AND NOW**, this **2nd** day of **July, 2009**, it is hereby **ORDERED** that the May 8, 2009 decision of the Bankruptcy Court to extend the protection of the 11 U.S.C. § 362(a) stay to the Non-Debtors and issue an injunction, pursuant to 11 U.S.C. § 105(a), enjoining suit against the Non-Debtors for sixty days is **AFFIRMED**.

FILED
JUL 2 - 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.